IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR GRADY GARNER,                    No. C 11-05566 CW (PR)

        Petitioner,                     ORDER OF TRANSFER

    v.

YATES, Warden,

        Respondent.
_____/

Petitioner, a state prisoner, has filed a <u>pro se</u> petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging as a violation of his constitutional rights the denial of parole by the California Board of Parole Hearings.  Petitioner has filed an application for leave to proceed <u>in forma pauperis</u>.

A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction.  <u>See</u> 28 U.S.C. § 2241(d).  The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice.  <u>See id.</u>  Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction.  <u>See</u> <u>Dannenberg v. Ingle</u>, 831 F. Supp. 767, 767 (N.D. Cal. 1993); <u>Laue v. Nelson</u>, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  But if a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum.  <u>See</u> Habeas L.R. 2254-3(a); <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989).

**United States District Court**
For the Northern District of California

1      Petitioner is incarcerated at Pleasant Valley State Prison, in

2 Fresno County, which lies within the venue of the Eastern District

3 of California.  <u>See</u> 28 U.S.C. § 84(b).  Because Petitioner

4 challenges the execution of his sentence, the Court hereby ORDERS

5 that pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and

6 in the interests of justice, this petition be TRANSFERRED to the

7 United States District Court for the Eastern District of

8 California.

9      IT IS SO ORDERED.

10

Dated:   11/30/2011

11                       CLAUDIA WILKEN

12                       UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARTHUR GARNER,

        Plaintiff,

  v.

YATES et al,

        Defendant.

_____/

Case Number: CV11-05566 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur Grady Garner D-26064
Pleasant Valley State prison
P.O. Box 8501
Coalinga, CA 93210

Dated: November 30, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

**United States District Court**
For the Northern District of California